1  BARRY J. PORTMAN
   Federal Public Defender                        *E-filed 2/27/07*
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00061 RMW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| vs. | ) | |
| JOSE LITO CAMPOS, | ) | **Hon. Howard R. Lloyd** |
| Defendant. | ) | |

### STIPULATION

On February 8, 2007, the Court granted defendant Jose Campos' motion for reconsideration of its December 7, 2006 Order of Detention and indicated its intention to issue an Order Setting Conditions of Release and Appearance Bond upon the posting of property valued at $100,000 by surety Margie Hernandez.  Ms. Hernandez has since obtained an appraisal and title information as to her residence, the property to be posted, which reflect that the appraised value of her equitable interest is, under the current market conditions, $80,000.  The parties hereby stipulate and request that the Order Setting Conditions of Release and Appearance Bond signed by Mr. Campos and Ms. Hernandez on February 8, 2007 may be modified to reflect that the bond may be secured by an $80,000 interest in real property.

Stipulation and [Proposed] Order Modifying
Conditions of Release                                    1

1 | Dated: February 21, 2007

2 |                                                   s/_____
                                                  CYNTHIA C. LIE
3 |                                                   Assistant Federal Public Defender

4 | Dated: February 26, 2007

5 |                                                   s/_____
                                                  SUSAN R. JERICH
6 |                                                   Assistant United States Attorney

7

8 |                                         **[PROPOSED] ORDER**

9 |     Good cause appearing and by stipulation of the parties, it is hereby ordered that the Order

10 | Setting Conditions of Release and Appearance Bond prepared by the Court and signed by the

11 | defendant and his surety on February 8, 2007 shall be modified to accept the posting of an

12 | $80,000 interest as sufficient security guaranteeing Mr. Campos' appearance.

13 |     All other terms and conditions of release shall remain as set on February 8, 2007.

14

15 | Dated: February 27 2007

16 |                                                   _____
17 |                                                   HOWARD␣LLOYD
                                                  United States Magistrate Judge