BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

***E-FILED - 5/2/07***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOSE LITO CAMPOS,<br>Defendant. | No. CR-07-00061 RMW<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

**STIPULATION**

The parties hereby stipulate and agree that the date currently set for sentencing in the above-captioned matter may be continued from June 4, 2007 to July 23, 2007 at 9:00 a.m. in order to consolidate this matter with *United States v. Campos, et al.*, CR 06-00425 RMW, currently set for sentencing on the same date. The United States Probation Office has been consulted as to the proposed date and has no objection.

Dated: April 23, 2007

s/__________________________
SUSAN R. JERICH
Assistant United States Attorney

Dated: April 23, 2007

s/_______________________________
CYNTHIA C. LIE
Assistant Federal Public Defender

**[] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from Monday, June 4, 2007 to Monday, July 23, 2007 at 9:00 a.m.

Dated: May 2, 2007

Ronald M. Whyte
RONALD M. WHYTE
United States District Judge